**KENNETH A. RUSHTON (2827)**
Attorney for Trustee
P.O. Box 212
Lehi, Utah 84043
Telephone: (801) 768-8416

*FILED IN THE UNITED STATES BANKRUPTCY COURT 2009 DEC -1 PM 12: 01 DISTRICT OF UTAH MAIL*

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

### DEPOSIT OF UNCLAIMED FUNDS

| In Re: | Chapter 7 |
|---|---|
| LUCAS DANE BALDWIN<br>PAULA BALDWIN | Bankruptcy No. 08-27219 |
| Debtors. | |

Kenneth A. Rushton, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. On October 29, 2009, Check # 103, in the amount of $509.98 was issued to the Internal Revenue Service.

2. Said check was returned unclaimed from the Internal Revenue Service.

3. The unclaimed funds are on deposit in JP Morgan Chase Bank, Account # 312220637366.

4. The last known name and address of the payee, to which the check was sent, is as follows:

   Internal Revenue Service
   PO Box 21126
   Philadelphia PA 19114-0326

5. A check in the amount of $509.98, representing said unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this 30th day of November, 2009.

KENNETH A. RUSHTON, Trustee



## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this 30 day of November, 2009.

United States Trustee
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, Utah 84111